UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORY BALDERAS,

    Plaintiff,

v.                                  Case No. 4:19cv226-AW-HTC

H. HOLLAND,
ANNA TARIE TILLIS,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se and *in forma pauperis*, initiated this proceeding under 42 U.S.C. § 1983, by filing a complaint in the Middle District of Florida. ECF Doc. 1. Because the claims arose out of events that allegedly occurred at Jefferson Correctional Institution, the case was transferred to this district. ECF Doc. 3. After screening Plaintiff's first amended complaint,[1] this Court entered an order directing Plaintiff to file a second amended complaint or a notice of voluntary dismissal by July 31, 2019, if he did not believe that he could cure the deficiencies in his first amended complaint and state a cause of action against the Defendants. ECF Doc.

---

[1] Plaintiff was directed to file a first amended complaint utilizing this Court's forms. Plaintiff complied with that request.

11. When Plaintiff did not comply with that order, the Court, on August 12, 2019, ordered Plaintiff to show cause within fourteen (14) days why this case should not be dismissed due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 13.  More than fourteen (14) days have passed and Plaintiff has not complied with the July 2 Order or responded to the August 12 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of September, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.