IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CORY BALDERAS,**

    **Plaintiff,**

**v.**                                          Case No. 4:19-cv-226-AW-HTC

**H. HOLLAND and ANNA TARIE TILLIS,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

This Court has considered the magistrate judge's report and recommendation. ECF No. 14. No objections have been filed. The report and recommendation is accepted and adopted as the Court's opinion. The Clerk is directed to enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and for failure to comply with a Court order." The Clerk is also directed to close the file.

SO ORDERED on November 1, 2019.

                                            s/ *Allen Winsor*
                                            United States District Judge